FORM CACB (od13vdrr VAN–156)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
## OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Amelia Chavez

**BANKRUPTCY NO.** 1:10–bk–15088–KT

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1901
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/7/10

**Address:**
13312 Dyer St
Sylmar, CA 91342

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362; and

(3)   debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: June 7, 2010

BY THE COURT,
**Kathleen Thompson**
United States Bankruptcy Judge

(Form od13vdrr VAN–156) (03/09)                                                                                                    **16 / PHI**